FILED
CLERK U.S. DISTRICT COURT
APR 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cole Bartiromo,<br><br>            Petitioner,<br><br>      v.<br><br>United States of America,<br><br>            Respondent. | Case No. **CV 10-1947-JFW**<br>**[CR 03-939-JFW]**<br><br>ORDER DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. §2255 |

On March 22, 2010, Petitioner filed a Request to Withdraw/Dismiss his motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 filed on March 17, 2010. The Court grants Petitioner's request as follows:

IT IS HEREBY ORDERED that Petitioner's motion to vacate, set aside, or correct sentence by a person in federal custody, pursuant to 28 U.S.C. § 2255, filed on March 17, 2010 is hereby dismissed.

IT IS SO ORDERED.

Dated: April 1, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

S:\JFW\CIVIL CASES\USA 2255 Bartiromo\Order.wpd
(Rev. 10/15/08)